[No. 66725-4-I.   Division One.   September 24, 2012.]

SPARK NETWORKS, PLC, *Respondent*, v. WILL KNEDLIK, *Individually and as Sole Trustee*, ET AL., *Defendants*, ANNA GIOVANNINI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-08361-8, Douglass A. North, J., entered January 19, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 66749-1-I.   Division One.   September 24, 2012.]

*In the Matter of the Marriage of* GELSEY HANSON, *Respondent*, and ZACHARY HARJO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-25941-1, Julie A. Spector, J., entered January 24, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 66793-9-I.   Division One.   September 24, 2012.]

RICHARD STALLWORTHY, *Appellant*, v. JUDITH DYKES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-14309-2, Richard D. Eadie, J., entered December 30, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 67017-4-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO MARTINEZ-VAZQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-08976-1, Richard D. Eadie, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.